**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DELANDO WILSON, et al.** PLAINTIFFS

V. NO. 4:22-CV-64-DMB-JMV

**THE CITY OF GREENVILLE, et al.** DEFENDANTS

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 21st day of June, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**