IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DELANDO WILSON and  PLAINTIFFS
MICHAEL MERCHANT

v.  CIVIL ACTION NO. 4:22-cv-064-SA-DAS

THE CITY OF GREENVILLE, MISSISSIPPI, et al  DEFENDANTS

## ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on June 21, 2022. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 1st day of February, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE